**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **GULFSTREAM AEROSPACE** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:16-cv-00177-WTM-GRS** |
| | ) | |
| **OCELTIP AVIATION 1 PTY LTD** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**OCELTIP'S RESPONSE TO GULFSTREAM'S MOTION FOR**
**CONSOLIDATION OF CIVIL ACTION NO. 4:16-CV- 00177-WTM-GRS WITH**
**AND INTO CIVIL ACTION NO. 4:16-CV-00127-WTM-GRS**
**AND FOR A RULE 16 PRETRIAL CONFERENCE**

1.      Plaintiff Gulfstream's motion for consolidation is premised on Gulfstream's incorrect assumption that it has properly removed from state court Oceltip's *Application to Vacate Final Arbitration Award*. Removal is improper because this Court lacks subject matter jurisdiction to hear Oceltip's application to vacate and diversity jurisdiction is defective. 28 U.S.C. § 1441(a) & (b).  In the coming week, and within 30 days after receipt (June 30, 2016) of Notice of Removal, Oceltip will move this Court for remand to state court. 28 U.S.C. § 1447(c).

2.      Gulfstream is a Georgia corporation with its principal place of business in Savannah, Georgia. Under the *forum-defendant rule* (and assuming a timely motion for remand), removal based on diversity is defective. 28 U.S.C. §§ 1441(b)(2) & 1447(c). Packard v. Temenos Advisory, Inc., No. CV 215-087, 2016 WL 397638, at *3 (S.D. Ga. Jan. 29, 2016) ("A defendant seeking to remove an action on the basis of diversity must satisfy certain procedural requirements. For example, the "forum-defendant rule" set forth in 28

U.S.C. § 1441(b)...states that an action otherwise removable on diversity grounds "is not removable if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.")

3.      Under the *well-pleaded complaint rule*, Oceltip's application to vacate does not arise under the Constitution, laws, or treaties of the United States, 28 U.S.C. § 1331, and therefore is not subject to removal. 28 U.S.C § 1447(a). "Federal question jurisdiction exists only when a federal question is presented on the face of the state court plaintiff's properly pleaded complaint." GS Uptown Lofts, LLC v. Fox, No. 1:16-CV-0961-TWT, 2016 WL 1637593, at *1 (N.D. Ga. Mar. 28, 2016) (citing Gully v. First Nat. Bank, 299 U.S. 109, 112, 57 S. Ct. 96, 97, 81 L. Ed. 70 (1936)). Oceltip's application to vacate is based solely on Georgia state law, which is not preempted by the FAA. Volt Info. Scis., Inc. v. Bd. of Trustees of Leland Stanford Junior Univ., 489 U.S. 468, 477, 109 S. Ct. 1248, 1255, 103 L. Ed. 2d 488 (1989) ("The FAA contains no express pre-emptive provision, nor does it reflect a congressional intent to occupy the entire field of arbitration.")

4.      Upon remand, Gulfstream's motion for consolidation is mooted.

5.      Oceltip has filed with this Court a motion to stay Gulfstream's application to confirm the subject award. Upon stay, Gulfstream's motion for consolidation is mooted.

6.      In the event Oceltip's motion for remand and its motion to stay are denied, Oceltip respectfully requests leave to supplement its response to Gulfstream's motion for consolidation.

7.      In the interest of judicial efficiency, Oceltip respectfully suggests that a Rule 16 hearing not be set until such time as this Court has (i) received Oceltip's motion to

remand and ruled thereon, (ii) ruled on Oceltip's motion to stay, and (iii) ruled on Gulfstream's motion for consolidation.

Respectfully submitted this 14th day of July 2016.

BOWEN PAINTER LLC


/S/ W. Andrew Bowen
W. Andrew Bowen, Esq.
Attorney for Defendant
Georgia Bar Number: 071398
P.O. Box 8966
Savannah, GA 31412
912-335-1909 Phone
912-335-3537 Fax
andrew@bowenpainter.com


– and –


/S/ Rex E. Reese
Rex E. Reese (*pro hac vice* motion
forthcoming)
Virginia Bar No. 27698
Attorney for Defendant
Rex E. Reese Esquire LLC
1350 Beverly Road, Suite 115
McLean, Virginia 22101
(703) 842-8000 Ph.
(703) 842-8484 Fax
rreese@jetviser.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **GULFSTREAM AEROSPACE CORPORATION** | ) |
| | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| **v.** | )   **CASE NO. 4:16-cv-00127-WTM-GRS** |
| | ) |
| **OCELTIP AVIATION 1 PTY LTD** | ) |
| | ) |
| **DEFENDANT** | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 14th day of July 2016.

BOWEN PAINTER LLC


/S/ W. Andrew Bowen
W. Andrew Bowen, Esq.
Attorney for Defendant
Georgia Bar Number:  071398
P.O. Box 8966
Savannah, GA 31412
912-335-1909 Phone
912-335-3537 Fax
andrew@bowenpainter.com

– and –

/S/ Rex E. Reese
Rex E. Reese (*pro hac vice* motion forthcoming)
Virginia Bar No. 27698
Attorney for Defendant
Rex E. Reese Esquire LLC
1350 Beverly Road, Suite 115
McLean, Virginia 22101
(703) 842-8000 Ph.
(703) 842-8484 Fax
rreese@jetviser.com